United States District Court
Northern District of New York

# JUDGMENT

NATIONAL COALITION FOR STUDENTS WITH DISABILITIES EDUCATION AND LEGAL DEFENSE FUND

**Plaintiff**

VS.                                    5:00-CV-1686 (NAM) (DRH)

**THOMAS WILKEY, acting in his official capacity as Executive Director of the New York State Board of Elections**

**Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's complaint is hereby dismissed with prejudice, based thereupon the balance of the defendant's motion for summary judgment is denied as moot and plaintiff's motion for summary judgment is denied as moot.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 27th day of March, 2007.

| | |
|---|---|
| **MARCH 29, 2007** | **LAWRENCE K. BAERMAN** |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | **JOANNE BLESKOSKI**<br>**DEPUTY CLERK** |